

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00521-CV

Maria **SALINAS** and Salvador Morales,
Appellants

v.

Arthur **SALINAS** and Monica Salinas,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-10-00608-CVW-A
The Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that Appellees recover costs of this appeal from Appellants.

SIGNED August 22, 2018.

_____
Irene Rios, Justice